*In re* COMISIÓN DE ACCESO A LA JUSTICIA.

*Número:* EN-2004-2          *Resuelto:* 24 de febrero de 2004

## RESOLUCIÓN

Se enmienda nuestra Resolución Núm. EN-2003-02 de 25 de febrero de 2003, mediante la cual se creó la Comisión de Acceso a la Justicia y se designaron sus comisionados, a los únicos efectos de sustituir al Lcdo. Arturo Luis Dávila Toro por el actual presidente del ilustre Colegio de Abogados de Puerto Rico, Lcdo. Carlos Mondríguez Torres.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*